# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| CitiMortgage, Inc. | Case No. 2:07-cv-995 |
| Plaintiff, | |
| vs. | Judge Edmund A. Sargus |
| James F. Sherman, et al. | **ORDER DISMISSING CASE** |
| Defendants. | |

UNITED STATES DISTRICT JUDGE EDMUND A. SARGUS

This matter is before the Court on the motion of Plaintiff for an order dismissing this case under Rule 41(a)(2) of the Federal Rules of Procedure. The Court hereby grants Plaintiff's motion. The case is hereby dismissed without prejudice at Plaintiff's costs.

**IT IS SO ORDERED.**

Edmund A. Sargus
UNITED STATES DISTRICT JUDGE